# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

United States of America
v.
John Grady Simpson

Case No: 5:21-cr-9-KDB-DCK-1
USM No: 32550-058

Date of Original Judgment: 05/07/2021
Date of Previous Amended Judgment: 
*(Use Date of Last Amended Judgment if Any)*

Samuel Bayness Winthrop
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 05/07/2021 shall remain in effect.
**IT IS SO ORDERED**.

Signed: January 9, 2024

Kenneth D. Bell
United States District Judge

Effective Date: _____  Kenneth D. Bell
*(if different from order date)*  *Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: John Grady Simpson
CASE NUMBER: 5:21-cr-9-KDB-DCK-1
DISTRICT: Western District of North Carolina

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level:      Amended Total Offense Level:
Criminal History Category:      Criminal History Category:
Previous Guideline Range: ____ to ____ months    Amended Guideline Range: ____ to ____ months

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

## III. FACTORS CONSIDERED UNDER USSG § 1B1.10 AND 18 U.S.C. § 3553(a) *(See Chavez-Meza v. United States, 138 S.Ct. 1959 (2018))*

Although Defendant had "status points" under U.S.S.G. §4A1.1 in Amendment 821, it does not affect his criminal history category due to his having 4 criminal history points before the two status points. The status points would be reduced to zero giving him 4 criminal history points which is still a criminal history category III and does not change his sentencing guideline range. (Doc. No. 14, ¶ 45-47).